# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LAKEESHA N. KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Case No.: 03-0834-BH-M |
| ) | |
| J. V. COLLIER d/b/a THE CARVING ) | |
| STATION RESTAURANT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on Defendant J.V. Collier's Suggestion (Doc. 37) of Bankruptcy. Pursuant to this document, the Court **hereby STAYS** all proceedings in this matter pending further order of the Court.

**So ORDERED**, this 28th day of December, 2005.

                                                s/ W. B. Hand
                                      SENIOR DISTRICT JUDGE