## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **LAKEESHA N. KING,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 03-00834-CG-M |
| **J. V. COLLIER d/b/a THE CARVING** | ) |
| **STATION RESTAURANT,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This action is before the Court on the question of whether an order dismissing the case with prejudice should be entered pursuant to the Discharge of Debtor Order entered on February 1, 2006 by the Bankruptcy Court with respect to J. V. Collier, the defendant herein. Plaintiff has neither filed a response to the Court's Order dated September 16, 2008 (Doc. 41), nor sought an extension of time within which to do so, and thus does not dispute that Mr. Collier has been released by the Bankruptcy Court from all dischargeable debts, including the claims of Lakeesha N. King as asserted in this action. It is therefore **ORDERED** that this action be and is hereby **DISMISSED with prejudice**. No costs are to be taxed.

DONE this 2nd day of October, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE